NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBIN JEAN HARRIS,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2024-1943

---

Petition for review of the Merit Systems Protection Board in No. CH-1221-22-0150-W-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                    HARRIS V. DVA


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


July 5, 2024
    Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** July 5, 2024